UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOMAS WOODS AND JOSHUA HINDERER, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.                                     4:15cv337–WS/CAS

NATURE'S VARIETY, INC.,

    Defendant.

_____

ORDER OF DISMISSAL

Before the court is the plaintiff's notice of voluntary dismissal. Doc. 4. The court having reviewed the notice, it is ORDERED:

The clerk is directed to enter judgment of dismissal stating: "All claims are DISMISSED WITHOUT PREJUDICE."

DONE AND ORDERED this ___4th___ day of ___September___, 2015.

                                    s/ William Stafford
                                    WILLIAM STAFFORD
                                    SENIOR UNITED STATES DISTRICT JUDGE