UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOMAS WOODS, et al.,

    VS                                        CASE NO.  4:15cv337-WS/CAS

NATURE'S VARIETY, INC.

**JUDGMENT**

    All claims are DISMISSED WITHOUT PREJUDICE.

                                    JESSICA J. LYUBLANOVITS
                                    CLERK OF COURT

 September 4, 2015              s/ *Kimberly J. Westphal*
DATE                             Deputy Clerk: Kimberly J. Westphal